Paul Swenson Prior, Esq.
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
sprior@swlaw.com

*Attorneys for Defendant Boyd Gaming Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN LEMAN-GROLEAU, an individual, | CASE NO. 2:19-cv-00262-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BOYD GAMING CORPORATION, a domestic corporation, d/b/a SAMS TOWN HOTEL; DOES I-X; and ROE CORPORATIONS I-X, | |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///
///
///

It is hereby stipulated by and between Plaintiff Susan Leman-Groleau and Defendant Boyd Gaming Corporation, by and through their respective counsel, that this action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: April 18, 2019

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Jenny L. Foley*
 Jenny L. Foley, Ph.D., Esq.
 Nevada Bar No. 9017
 Marta D. Kurshumova, Esq.
 Nevada Bar No. 14728
 1785 E. Sahara, Suite 300
 Las Vegas, Nevada 89104
 *Attorneys for Plaintiff Susan Leman-Groleau*

Dated: April 18, 2019

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
 Paul Swenson Prior
 Nevada Bar No. 9324
 3883 Howard Hughes Parkway, Suite 1100
 Las Vegas, Nevada 89169
 *Attorneys for Defendant Boyd Gaming Corporation*

## <u>ORDER</u>

IT IS SO ORDERED.

Dated: ___April 19___, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by the method indicated:

|  |  |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Electronic Mail (E-mail) |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| \_\_\_\_X\_\_\_\_\_ | Electronic Filing |

and addressed to the following:

Jenny L. Foley, Ph.D., Esq.
Marta D. Kurshumova, Esq.
HKM Employment Attorneys LLP
1785 E. Sahara, Suite 300
Las Vegas, NV 89104
*Attorneys for Plaintiff Susan Leman-Groleau*

DATED April 18, 2019.

*/s/ Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4829-0100-1866

- 3 -